# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 82 WAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| TIFFANY D. TAYLOR, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 83 WAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| TIFFANY D. TAYLOR, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 28th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.